UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH EPSTEIN, #45279-039,

    Petitioner,

v.                                                                          Case No. 12-10780

J.S. WALTON,

    Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241'" dated January 31, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent J.S. Walton and against Petitioner Keith Epstein. Dated at Detroit, Michigan, this 31st day of January 2013.

                                                         DAVID J. WEAVER
                                                         CLERK OF THE COURT

                                                        S/Lisa Wagner
                                                 By: Lisa Wagner, Case Manager
                                                      to Judge Robert H. Cleland